JOSEPH P. RUSSONIELLO (CABN 44662)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SUSAN R. JERICH (CABN 188462)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7158
   Fax:  (415) 436-7234
   Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 04-058 SI |
|    Plaintiff, ) | |
| v. ) | **MODIFIED PROPOSED ORDER MODIFYING DEFENDANT'S TERMS OF SUPERVISED RELEASE** |
| CLYDE HILL, ) | |
|    Defendant. ) | |

   On or about Monday, July 21, 2008, the Court previously authorized an Order modifying the defendant's release terms pending adjudication of his "Form 12" petition.  Specifically, the defendant's release terms were modified to require that the defendant reside at Cornell Corrections, Incorporated.

   Subsequently, the United States has been advised that the Order needs to state:

   (1)  that this modification requiring the defendant to reside at Cornell Corrections, Incorporated is a modification of the defendant's supervised release terms and

   (2) that the Court is ordering the defendant to reside at Cornell Corrections, Incorporated for a period of time up to six (6) months as a condition of his supervised release.

   The United States has spoken to counsel for the defendant, Deputy Public Defender

Elizabeth M. Falk, regarding this change.  Ms. Falk concurs and has no objection to correcting the Order to reflect these modifications.

Therefore, the United States respectfully requests that the Court modify its initial Order to reflect that the modification requiring the defendant to reside at Cornell Corrections, Incorporated, is a modification of the defendant's terms of supervised release and that the Court orders the defendant to reside at Cornell Corrections, Incorporated for a period of up to six (6) months as a condition of his supervised release.

IT IS SO ORDERED.

Dated:   7/24/08

_Susan Illston_
SUSAN Y.  ILLSTON
United States District Judge