BARRY J. PORTMAN
Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7724

Counsel for Defendant HILL



RECEIVED
SEP 3 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED SEP 4 2008

| UNITED STATES OF AMERICA, | ) | No. CR-04 058 SI |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER ADDING ADDITIONAL SPECIAL CONDITIONS OF SUPERVISED RELEASE |
| vs. | ) | |
| CLYDE HILL, | ) | |
| Defendant. | ) | |

The parties having agreed and Good Cause appearing, the following special condition is added to the conditions of the defendant's Supervised Term of Release:

Commencing September 4, 2008, following the defendant's release from Cornell Corrections on September 3, 2008, the defendant shall participate in the Home Confinement Program with Electronic Monitoring which will include Global Positioning Satellite (GPS) and shall abide by all the requirements of the program for a period of three months. The defendant shall pay the cost of monitoring at the prevailing rate unless it is determined by the probation officer that he has an inability to pay. A co-payment amount will be determined by the probation officer. The defendant is restricted to his residence at all times except for activities which have been pre-approved by the probation officer, including employment, education, religious services, medical substance abuse, mental health treatment, attorney visits, court appearances, or court

ordered obligations. During the time of home confinement, the defendant shall abstain from the use of alcohol, submit to drug or alcohol testing as directed by the probation officer and telephone the probation officer each morning that he is working and advise her as to the location of his work site,

The parties are to appear before this Court for a status hearing at 11 a.m. on October 3, 2008.

It is so ORDERED.

Susan Illston

United States District Judge

Dated: 9/3/08